

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00392-CV
No. 02-20-00393-CV
No. 02-20-00394-CV

———————————————

IN THE MATTER OF J.W.

On Appeal from County Court at Law No. 1
Denton County, Texas
Trial Court Nos. JV-2020-00473, JV-2020-00474, JV-2020-00475

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion to Dismiss Appeal," which is unopposed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: March 11, 2021